UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CORBIN J. THOMPSON** | CV # 09-6144-BR |
| Plaintiff, | |
| vs. | |
| **MICHAEL J. ASTRUE,** **COMMISSIONER of Social Security,** | PROPOSED ORDER FOR EAJA FEES |
| Defendant. | |

Based on the stipulation of the parties, the Equal Access to Justice Act 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that attorney fees in the amount of $5444.44, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, ___ U.S. ___ (2010).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Linda Ziskin, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Linda S. Ziskin, as follows:

Linda S. Ziskin  
Ziskin Law Office  
P.O. Box 2237  
Lake Oswego, OR 97035

DATED this \_\_10\_\_ day of September, 2010.

*[signature]*
HON. ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ Linda Ziskin
**LINDA ZISKIN**, OSB # 011067
(503) 889-0472
Of Attorneys for Plaintiff